```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

CHRISTINA LASHAUN FLOWERS, #08652-043                         PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:16CV390TSL-RHW

SHERIFF RANDY TUCKER, ET AL.                                 DEFENDANTS

                                ORDER

     This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on March 3, 2017, recommending that plaintiff's complaint be dismissed for failure to prosecute.  Plaintiff Christina LaShaun Flowers has not filed objections and the time for doing so has since expired.  Having reviewed the report and recommendation, the court concludes that report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

     Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on March 3, 2017, be, and the same is hereby, adopted as the finding of this court.  Accordingly, it is ordered that the complaint in this matter is dismissed without prejudice for failure to prosecute.

     A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

     SO ORDERED this 3rd day of April, 2017.


                                   /s/ Tom S. Lee
                                   UNITED STATES DISTRICT JUDGE